# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**PETER G. SHERWIN,**

        Plaintiff,

                      Case No. 07-C-490

    **-vs-**

**GUIDANT SALES CORPORATION,**

        Defendant.

# ORDER

Based on the stipulation of the parties,

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice, with each of the parties to bear his or its own costs.

Dated at Milwaukee, Wisconsin, this 24th day of August, 2007.

                      **SO ORDERED,**

                      **s/ Rudolph T. Randa**
                      **HON. RUDOLPH T. RANDA**
                      **Chief Judge**